IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-cr-00134-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| LEE GUY | : |

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of the Memorandum of Plea Agreement entered into by the defendant, Lee Guy, on June 3, 2013, the following property is hereby forfeitable pursuant to 21 U.S.C. § 853, to wit:

**Real Property:**

a. The property having the street address of 5141 Regan Church Rd, Lumberton, NC 28358, as more particularly described in a deed found at Deed Book 1628, Page 461, of the Robeson County Registry
b. The property having the street address of 115 E Walnut Street, Bladenboro, NC 28320, as more particularly described in a deed found at Deed Book 608, Page 752, of the Bladen County Registry

c. The property having the street address of 274 Lawrence Brown Road, Bladenboro, NC 28320, as more particularly described in a deed found at Deed Book 631, Page 197, of the Bladen County Registry

d. Real property located off NC Hwy 53 and Lewis Mcowen Dr, Bladen County, NC, as more particularly described in a deed found at Deed Book 621, Page 379, of the Bladen County Registry

e. The property having the street address of 81 Buck Lane, White Oak, NC 28399, as more particularly

described in a deed found at Deed Book 621, Page 871, of the Bladen County Registry

f. The property having the street address of 416 1st Ave S, North Myrtle Beach, SC 29582, as more particularly described in a deed found at Deed Book 691, Page 261, of the Horry County Registry

**Personal Property**

(a) $2,110.00 in United States Currency, (b) one 2006 Chevrolet Silverado 2550, VIN: IGCHK23D06F159596, (c) one 2009 Lexus IS250, VIN: JTHBK262295086997, (d) one 2012 Dodge Ram 2500, VIN: 3C6UD5FL4CG174293, (e) one 2002 Jeep Wrangler, VIN: 1J4FA39S42P744010, (f) one 2007 Iron Horse Motorcycle, VIN: 5L5BA177071000006, (g) one Yamaha Rhino ATV, VIN: 5Y4AM18Y69A006005, (h) one 2006 Frontier Cargo Trailer, VIN: 5SWBC162461000310, (i) one Gas Grill, (j) one gas Generator, (k) one Thompson Centerfire Encore Rifle, SN: 594241 and various ammunition, (l) one Diamondback Semi-Automatic 9mm pistol, SN: YA4354  (m) one 9mm Diamondback Magazine and various ammunition, (n) one .45 caliber pistol, SN: RHN21124A ; and

WHEREAS, by virtue of said Memorandum of Plea Agreement and the defendant's agreement therein, the United States is now entitled to possession of said property pursuant to 21 U.S.C. § 853;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant, Lee Guy, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by

Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c)(2).

SO ORDERED. This 18 day of July, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge