IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-cr-00134-F-1

| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| LEE GUY, et al | ) |
| | ) |
| | ) |
| DEFENDANT. | ) |

## ORDER TO EXTEND TIME TO FILE PETITION

THIS MOTION coming on to be heard and being heard, ex parte, by the

undersigned Clerk of the U.S. District Court for the Easter District of North Carolina

upon Motion of Lumbee Guaranty Bank ("LGB"), for an Order extending the time within

which to file a petition in accordance with 21 U.S.C. § 853(n).

And it appearing to this Court that the Preliminary Order of Forfeiture naming the

properties located at 5141 Regan Church Road, Lumberton, North Carolina 28358; 115

East Walnut Street, Bladenboro, North Carolina 28320; and 81 Buck Lane, White Oak,

North Carolina 28399, was entered on July 18, 2013, and LGB was served with a copy

of the aforementioned Order on October 17, 2013, and that time for LGB's filing a

petition in accordance with 21 U.S.C. § 853(n) has not expired.

And it further appearing that LGB's motion is not made in bad faith or for the

purpose of unnecessary delays, and counsel for the United States consents to such

extension, and for good cause shown, LGB's Motion should be allowed.

**WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

that LGB's Motion is granted and LGB shall have up to and including **December 2, 2013**

within which to file a petition in accordance with 21 U.S.C. § 853(n).

_____  11/25/2013
Presiding Judge