UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-134-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LEE GUY, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's Motion to Seal [DE-76] his sentencing memorandum and motion for departure/variance. For the reasons stated in the Defendant's Motion, the court finds that good cause exists to seal Docket Entry[75]. Accordingly, the Defendant's Motion [DE-76] is ALLOWED and the Clerk of Court is DIRECTED to maintain Docket Entry[75] under seal.

SO ORDERED.

This the 2 day of December, 2013.

JAMES C. FOX
Senior United States District Judge