# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>Lee Guy | )<br>)<br>)<br>)  Case No:  7:12-CR-134-1F<br>)  USM No:  56874-056<br>) |

Date of Original Judgment:              December 5, 2013  )
Date of Previous Amended Judgment: _____  )  James L. Allard
*(Use Date of Last Amended Judgment if Any)*                              )  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED.  ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  111                                 months  **is reduced to**  89 months in Count 1.

Count 2 remains 60 months, consecutive, resulting in a total sentence of 149 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated December 5, 2013,
shall remain in effect. **IT IS SO ORDERED.**

Order Date:     5/4/16

_James C. Fox_
*Judge's signature*

Effective Date: _____
        *(if different from order date)*

James C. Fox, Senior U.S. District Judge
*Printed name and title*